# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cv-01560-TWT**
**WS et al v. Ragsdale et al**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court via Zoom on 05/05/2021.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:45 P.M.      COURT REPORTER: Diane Peede
TIME IN COURT: 00:45                 DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Robert Madayag representing AM |
| | Robert Madayag representing BG |
| | Robert Madayag representing CG |
| | Robert Madayag representing CH |
| | Robert Madayag representing EM |
| | Robert Madayag representing EW |
| | Robert Madayag representing KH |
| | Robert Madayag representing LH |
| | Robert Madayag representing SH |
| | Robert Madayag representing WS |
| | Robert Madayag representing QC Brocard |
| | Brandon Moulard representing Cobb County Board of Education |
| | Brandon Moulard representing Brad Wheeler |
| | Brandon Moulard representing Charisse Davis |
| | Brandon Moulard representing Chris Ragsdale |
| | Brandon Moulard representing David Banks |
| | Brandon Moulard representing David Chastian |
| | Brandon Moulard representing Jaha Howard |
| | Brandon Moulard representing Leroy Tre' Hutchins |
| | Brandon Moulard representing Randy Scamihorn |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [4]Motion for TRO DENIED |

| | |
|---|---|
| MINUTE TEXT: | The Court heard oral arguments from the Plaintiffs and Defendants on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [Doc. #4]. Defendants' Exhibit D1 was admitted to the record. The Court DENIED the Motion for Temporary Restraining Order and Preliminary Injunction [Doc. #4] for reasons stated on the record. Defendants were directed to submit a proposed order denying the Plantiffs' motion to the Court for its review. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |